IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01362-WYD-MEH

FLORENCE M. ROMERO,

    Plaintiff,

v.

DAYTON-HUDSON CORPORATION, a Minnesota corporation, a/k/a TARGET CORPORATION, a/k/a TARGET STORES,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 22, 2011.**

    The Motion for Stipulated Protective Order [filed November 18, 2011; docket #19] is **granted**. The Stipulated Protective Order is accepted and issued contemporaneously with this minute order.