IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01362-WYD-MEH

FLORENCE M. ROMERO,

      Plaintiff,

v.

DAYTON-HUDSON CORPORATION, a Minnesota corporation, a/k/a TARGET CORPORATION, a/k/a TARGET STORES,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 7, 2011.**

      The Stipulated Motion to Modify Deadlines for Fed. R. Civ. P. 26(a)(2) [filed December 5, 2011; docket #26] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 6.1D, which provides in part that "[a]ny motion for extension of time shall ... state a date certain for the requested extension of time." The parties' suggested deadlines are vague, do not follow the format of the governing Scheduling Order, and do not consider the current discovery cutoff, dispositive motions deadline and final pretrial conference date.

      In light of her withdrawal, the Plaintiff's Partially Unopposed Motion for Extension of Time for Filing Disclosures [filed November 29, 2011; docket #23] is **denied as moot**.