IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01362-WYD-MEH

FLORENCE M. ROMERO,

      Plaintiff,

v.

DAYTON-HUDSON CORPORATION, a Minnesota corporation, a/k/a TARGET CORPORATION, a/k/a TARGET STORES,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 18, 2012.**

      Before the Court is Defendant's Unopposed Motion to Modify Deadline for Fed. R. Civ. P. 26(a)(2) Expert Disclosure [filed January 13, 2012; docket #32]. As set forth in this Court's December 15, 2011 order, the Court would grant no further extension of the expert disclosure deadlines absent a showing of exceptional cause. The press of regular business and an out-of-town conference, about which the expert certainly had knowledge in advance, do not constitute exceptional cause. However, the Court notes that the motion is unopposed and the requested extension is relatively minimal. Therefore, the Court will **grant** the motion in this instance; Defendant shall disclose the report of Wallace Larson, M.D. on or before January 23, 2012. The parties are reminded again, however, that no further extensions of the deadlines set forth in the December 15, 2011 order will be granted absent a showing of exceptional cause.