IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01362-WYD-MEH

FLORENCE M. ROMERO,

    Plaintiff,

v.

DAYTON-HUDSON CORPORATION, a Minnesota corporation, a/k/a TARGET CORPORATION d/b/a TARGET STORES,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss With Prejudice filed March 1, 2012.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulated Motion to Dismiss with Prejudice (ECF No. 36) is **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE**, each party to bear her/its own costs and attorney fees.

    Dated:  March 2, 2012

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge